**EXHIBIT F**

**PROPERTY ENTITIES**

a.  Copperfield Apartments Limited Partnership

b.  Barcelona Best Living, LLC

c.  727 Lofts Best Living, LLC

d.  Bartlesville Best Living LLC

e.  One Eton TIC 1, LLC

f.  Remington Ranch's Best Living LLC

g.  Canopy Best Living, LLC

h.  TRDWIND Capitol, LLC

i.  Villas at Midtown Best Living, LLC

j.  B&J Woodscape/Oklahoma City, LLC

k.  Lofts at North Penn Best Living, LLC

l.  A-V Village Creek Owner LLC

m.  Drexel Flats Acquisition LLC

n.  Drexel Flats Acquisition TIC LLC

o.  Woodland Oaks Best Living, LLC

p.  Fairfax Best Living, LLC

q.  Riverpark Best Living, LLC

r.  Muntage Best Living, LLC

s.  Bryan Hill's Best Living, LLC

t.  Borrower: Summer Oaks Best Living, LLC

u.  Springdale Village's Best Living, LLC

      v.        Woodland Manor's Best Living, LLC

      w.       Tuscany Village Best Living, LLC

      x.        Esplanade Apartments Acquisition LLC

      y.        Wedgewood Apartments Acquisition LLC

      z.        A-V Classen Owner, LLC

      aa.     Ridge Best Living, LLC

      bb.     Seminole Ridge Apartments Holdings, LLC

      cc.     Eaton Place Best Living, LLC

      dd.     Jenks' Best Living, LLC

      ee.     Lakeside Best Living, LLC

      ff.      Shoreline Best Living, LLC

      gg.     Auerbach-Vesta, LLC

      hh.     A-V 23 East Owner, LLC

      ii.      Montgomery Best Living, LLC