## EXHIBIT A

### Summary of Properties in Vesta Portfolio

| Property | Lender/Loan Balance | Status |
|---|---|---|
| Copperfield Apartments, Oklahoma City, OK | Fannie Mae, $17,641,000 | Foreclosure action filed in Oklahoma County, Oklahoma against the borrower, Copperfield Apartments Limited Partnership (CJ-2026-1970). Fannie Mae has filed a motion for appointment of a receiver, alleging that the borrower has not made debt service payments since January 2026, has allowed multiple contractors to file mechanics' and materialmen's liens against the property, and has allowed a second mortgage to be filed against the property without consent.  Further, Fannie Mae alleges that Kulick failed to notify it of more than 15 lawsuits filed against him and related entities, has grossly mismanaged the properties, and has sold millions of dollars of equity positions in each of the Vesta borrowers of Fannie Mae loans without required notice.  A hearing on Fannie Mae's receiver motion will be held on July 29, 2026; however, Plaintiffs fully expect that any order granting such motion will be appealed and the receiver's appointment will be suspended. |
| Barcelona Apartments, Tulsa, OK | Fannie Mae, $13,132,000 | Foreclosure action filed in Tulsa County, Oklahoma against the borrower, Barcelona Best Living, LLC (CJ-2026-1187).  Fannie Mae has filed a motion for appointment of a receiver on the same grounds as in Copperfield, which was granted on June 22, 2026, and for which a $100,000 receiver's bond was ordered.  Plaintiffs anticipate that the borrower will appeal and pay the bond and that the receiver's appointment will be suspended. |
| 727 Lofts, Jenks, OK | Acre, $17,791,863.52 | Foreclosure action commenced against the borrower (727 Lofts Best Living, LLC) in Tulsa County, Oklahoma (Case No. CJ-2026-02188). Lender is currently offering for public auction under Article 9 of the Uniform Commercial Code 100% of the membership interests in the borrower at a sale believed to have been conducted on June 9, 2026. |

| Lexington Commons, Bartlesville, OK | Fannie Mae, $15,006,000 | Foreclosure action filed in Washington County, Oklahoma against the borrower, Bartlesville Best Living LLC (CJ-2026-00088). Fannie Mae filed a motion for appointment of a receiver on the same grounds as in Copperfield. Receiver appointed on June 10, 2026 and receiver's bond was set at $100,000. Kulick has posted the cash bond, thereby suspending the receiver's appointment. |
|---|---|---|
| One Eton Square, Tulsa, OK | Fannie Mae, $35,027,000 | Foreclosure action filed in Tulsa County, Oklahoma against the borrower, One Eton TIC 1, LLC (CJ-2026-1215). Fannie Mae filed a motion for appointment of a receiver on the same grounds as in Copperfield. On May 20, 2026, the court appointed a receiver; appointment has been suspended due to the borrower's appeal (at Kulick's direction) of the receivership order and the payment of a $100,000 cash bond. |
| Remington Ranch Apartments, Stillwater, OK | Fannie Mae, $13,470,000 | Foreclosure action filed in Payne County, Oklahoma against the borrower, Remington Ranch's Best Living LLC (CJ-2026-77). Fannie Mae filed a motion for appointment of a receiver on the same grounds as in Copperfield. On May 20, 2026, the court appointed a receiver; appointment has been suspended due to the borrower's appeal (at Kulick's direction) of the receivership order and the payment of a $100,000 cash bond. Lender has filed motion for summary judgment. |
| The Canopy Apartments, Little Rock, AR | Fannie Mae, $13,565,000 | Foreclosure action filed in Pulaski County, Arkansas against the borrower, Canopy Best Living, LLC (60CV-26-3320). Fannie Mae filed a motion for appointment of a receiver on the same grounds as in Copperfield, to be heard on June 17, 2026. Plaintiffs do not believe that an analogue to Okla. Stat. tit. 12, § 993(C) exists in Arkansas, thereby making it difficult for Kulick to stave off a receiver appointment if the motion is granted. |
| The Capitol on 28th, Oklahoma City, OK | Fannie Mae, $21,408,000 | Foreclosure action filed in Oklahoma County, Oklahoma against the borrower, TRDWIND Capitol, LLC (CJ-2026-1968). Fannie Mae has filed a motion for appointment of a receiver on the same grounds as in Copperfield. A hearing on Fannie Mae's receiver motion will be held on August 24, 2026; however, Plaintiffs expect that a |

| | | receiver order will be appealed and the appointment suspended. |
|---|---|---|
| Villas at Midtown, Tulsa, OK | Fannie Mae, $24,868,000 | Foreclosure action filed in Tulsa County, Oklahoma against the borrower, Villas at Midtown Best Living, LLC (CJ-2026-1188). Fannie Mae has filed a motion for appointment of a receiver on the same grounds as in Copperfield. A hearing on Fannie Mae's receiver motion will be held on July 21, 2026; however, Plaintiffs expect that a receiver order will be appealed and the appointment suspended. |
| Woodscape Apartments, Oklahoma City, OK | Fannie Mae, $33,800,000 | Foreclosure action filed in Oklahoma County, Oklahoma against the borrower, B&J Woodscape/Oklahoma City, LLC (CJ-2026-1969). Fannie Mae has filed a motion for appointment of a receiver on the same grounds as in Copperfield. A hearing on Fannie Mae's receiver motion was held on May 19, 2026; however, Plaintiffs expect that a receiver order will be appealed and the appointment suspended. |
| The Lofts at North Penn, Edmond, OK | CREO QRS NP LLC, $27,273,758.16 | Foreclosure action filed in Oklahoma County, Oklahoma against the borrower, Lofts at North Penn Best Living, LLC (CJ-2025-7426). CREO filed a motion for appointment of a receiver, granted on November 25, 2025; borrower appealed and suspended the appointment through payment of $1,000 bond. CREO dismissed the foreclosure case and is pursuing a non-judicial foreclosure, with a foreclosure sale scheduled for June, 2026. |
| Village Creek, Tulsa, OK | CREO QRS VC LLC, $12,223,041.06 | Foreclosure action filed in Tulsa County, Oklahoma against the borrower, A-V Village Creek Owner LLC (CJ-2025-4684). CREO filed a motion for appointment of a receiver, granted on January 22, 2026; borrower appealed and suspended the appointment through payment of $2,500 bond. CREO dismissed the foreclosure case and is pursuing a non-judicial foreclosure. |
| Drexel Flats, Oklahoma City, OK | Ready Capital Mortgage Financing 2023-FL12, LLC, $30,647,053.79 | Foreclosure action filed in Tulsa County, Oklahoma against the borrowers, Drexel Flats Acquisition LLC and Drexel Flats Acquisition TIC LLC (CJ-2026-1275). Lender filed a motion for appointment of a receiver, granted on May 28, |

3

| | | |
|---|---|---|
| | | 2026; Kulick used June rents to post $200,000 appeal bond and suspend the receivership. |
| Woodland Oaks, Tulsa, OK | Saperean Capital IV TB Note Lender KD4, LLC, $60,800,000 (combined with Fairfax) | Foreclosure action commenced in Oklahoma County, Oklahoma against the borrower, Woodland Oaks Best Living, LLC (CJ-2025-8499). The lender filed a motion for appointment of a receiver, to which borrower consented. Just prior to a non-judicial foreclosure sale on June 12, 2026, borrower commenced a chapter 11 bankruptcy in the U.S. Bankruptcy Court for the Western District of Oklahoma. |
| Fairfax, Midwest City, OK | Saperean Capital IV TB Note Lender KD4, LLC, $60,800,000 (combined with Woodland Oaks) | Foreclosure action commenced in Oklahoma County, Oklahoma against the borrower, Fairfax Best Living, LLC (CJ-2025-8499). The lender filed a motion for appointment of a receiver, to which borrower consented. Just prior to a non-judicial foreclosure sale on June 12, 2026, borrower commenced a chapter 11 bankruptcy in the U.S. Bankruptcy Court for the Western District of Oklahoma. |
| Riverpark at Kensington, Tulsa, OK | Axonic Multifamily Bridge SPV, $31,153,000 | On May 21, 2026, the lender issued a formal notice of default and acceleration based on the failure of the borrower, Riverpark Best Living, LLC, to make debt service payments. Plaintiffs have been informed that the lender intends to commence a foreclosure action. |
| Muntage, Oklahoma City, OK | Bancorp Bank, $10,700,000 | Plaintiffs do not believe that the lender has declared a default or commenced formal foreclosure proceedings against the borrower, Muntage Best Living, LLC. Plaintiffs are aware that prior efforts to sell the property to Greenlite Holdings, LLC were blocked as a result of Kulick's grant of a second mortgage to YSA, among other reasons. |
| OKC3 – Bryan Hill, Bethany, Oklahoma | Oceanview Life and Annuity Company, $11,798,946 | The lender notified the borrower, Bryan Hill's Best Living, LLC on May 27, 2026 of numerous defaults on the loan, including the failure to pay the loan on at maturity, failure to maintain liability insurance coverage, and the incurrence of the YSA second mortgage without consent. |
| OKC3 – Summer Oaks, Oklahoma City, OK | Oceanview Life and Annuity | The lender notified the borrower, Summer Oaks Best Living, LLC on May 27, 2026 of numerous |

4

| | Company, $10,321,740 | defaults on the loan, identical to those of Bryan Hill. |
|---|---|---|
| OKC3 – Springdale Village, Oklahoma City, OK | Oceanview Life and Annuity Company, $5,925,000 | The lender notified the borrower, Springdale Village's Best Living, LLC on May 27, 2026 of numerous defaults on the loan, identical to those of Bryan Hill. |
| Woodland Manor, Tulsa, OK | Shelter Growth, $19,688,750 | To Plaintiffs' knowledge, this loan is not currently in default; however, the lender is requiring rents to be deposited into a lockbox to keep them out of the hands of Kulick. |
| Tuscany Village, Oklahoma City, OK | Silver Hill Capital, $16,000,000 | On June 1, 2026, the lender issued a notice of default based on the failure of the borrower, Tuscany Village Best Living, LLC, to pay the loan in full by the December 9, 2024 maturity date, and because of multiple mechanics' liens on the property and the unauthorized YSA second mortgage. |
| OKC4: Esplanade by the Lake, Oklahoma City, OK | Shelter Growth | To Plaintiffs' knowledge, this loan is not currently in default by the borrower, Esplanade Apartments Acquisition LLC. The lead investor removed Kulick as manager and took over the property, which is in serious disrepair. |
| OKC4: Wedgewood Village, Oklahoma City, OK | Shelter Growth | To Plaintiffs' knowledge, this loan is not currently in default by the borrower, Wedgewood Apartments Acquisition LLC, due to the fact that the primary investor removed Kulick as manager and took over management of the property. |
| The Classen, Oklahoma City, OK | Term Fund III MRA Seller LLC, $15,409,883.23 | Foreclosure action filed in Oklahoma County, Oklahoma against the borrower, A-V Classen Owner LLC (CJ-2026-4901). In addition, the lender has named Upperman as a defendant and asserts a claim for breach of guaranty. The lender filed a motion for appointment of receiver on June 15, 2026 and obtained a temporary order appointing a receiver that same day. The receiver purports to have removed the board of directors of the borrower. A $2,000,000 receiver's bond was ordered by the Court. |
| The Ridge, Midwest City, OK | Shelter Growth, $14,296,587 | To Plaintiffs' knowledge, this loan is not currently in default by the borrower, Ridge Best Living, LLC. |

5

| | | The lender has implemented a lockbox arrangement to collect property rents. |
|---|---|---|
| Thrive Jenks, Jenks, Oklahoma | HUD, $17,509,000 | Plaintiffs have little visibility into this property due to the fact that Upperman is not a guarantor and therefore is not receiving formal communications from the lender.  However, Plaintiffs are informed that the borrower, Jenks' Best Living, LLC, is seriously delinquent in its debt service obligations, despite a sub-3% interest rate on the loan and the property having strong performance since 2018. |
| Seminole Ridge, Oklahoma City, OK | Fannie Mae, $7,847,000 | Plaintiffs are unaware of whether this loan is in default, but notes that this is the only Fannie Mae property for which a foreclosure action has not been filed. |
| Eaton Place Apartments, Wichita, KS | Legacy Bank & Trust, $12,161,000 | While a foreclosure action has not yet been filed, Plaintiffs are informed that the lender is ready to foreclose because the borrower, Eaton Place Best Living, LLC, has been severely late on mortgage payments for the last year, the loan is in maturity default, and the property's insurance had lapsed for a period of time. |
| Lakeside (Lakeside Place), Tulsa, OK | BMO Harris Bank, $35,500,000 (combined with Shoreline) | Unknown at this time. |
| Shoreline, Tulsa, OK | BMO Harris Bank, $35,500,000 (combined with Lakeside) | Unknown at this time. |
| Putnam Green, Oklahoma City, OK | First United Bank and Trust Co. | Unknown at this time. |
| 23 East, Tulsa, OK | Stride Bank | Unknown at this time. |
| The Montgomery, Oklahoma City, OK | Shelter Growth Master Commercial Real Estate Credit Fund A IV LP | Unknown at this time. |