## EXHIBIT F

### Media Reports Concerning Life Safety and
### Deterioration Issues at Vesta Portfolio Properties

"Tulsa Tenants Left in Limbo When Landlords Fail to Pay Hundreds of Thousands in Water Bills," March 25, 2026, https://www.newson6.com/tulsa-oklahoma-news/tulsa-tenants-left-in-limbo-when-landlords-fail-to-pay-hundreds-of-thousands-in-water-bills (accessed June 11, 2026).

"Residents and Tulsa Apartment Complex Frustrated With Ongoing Water Issues," Jan 17, 2023, https://www.newson6.com/story/63c764cb5c255a07b35c6059/residents-at-tulsa-apartment-complex-frustrated-with-ongoing-water-issues (accessed June 11, 2026).

Oklahoma City network KFOR published reports on January 28 and 30, 2026, in which Remington Ranch tenants alleged that "they've gone months without hot water" and "the only accommodation they've been offered is the showers in a few vacant units, but they are expected to be shared by everyone in the complex without hot water." Another tenant stated that "I had to go three weeks without a shower, and I had to heat water on my stove to wash my hair and carry buckets of water down to my bathroom to dump in my bathtub, just to be able to wash my body and shave." *See* "Remington Ranch tenants lack hot water while contractors say they're going unpaid," https://kfor.com/news/local/remington-ranch-tenants-lack-hot-water-while-contractors-say-theyre-going-unpaid/ (accessed June 11, 2026).

"Apartment residents in Stillwater say they have been without hot water for months," Jan. 28, 2026, https://kfor.com/news/local/apartment-residents-in-stillwater-say-they-have-been-without-hot-water-for-months/ (accessed June 11, 2026).

"Stillwater Declares Remington Ranch Apartments a Public Nuisance, Authorizes Legal Action," Feb. 10, 2026, https://www.thestillwegian.news/stillwater-declares-remington-ranch-apartments-a-public-nuisance-authorizes-legal-action/ (accessed June 11, 2026).

"Q&A With Vesta realty CEO Marc Kulick," Jan. 22, 2026, https://www.kjrh.com/news/local-news/q-a-with-vesta-realty-ceo-marc-kulick#google_vignette (accessed June 11, 2026).

"This is very nasty': NW OKC apt. resident fed up with overflowing dumpsters," Sept. 8, 2025, https://www.yahoo.com/news/articles/very-nasty-nw-okc-apt-221447414.html (accessed June 11, 2026)

"NW OKC apartment residents left over a week without water," Feb. 2, 2026, https://kfor.com/news/local/nw-okc-apartment-residents-left-over-a-week-without-water/ (accessed June 11, 2026).

"Residents frustrated after trash overflows at housing complex," July 30, 2025, https://kfor.com/news/local/residents-frustrated-after-trash-overflows-at-housing-complex/ (accessed June 11, 2026).

"Tenants upset over water disruptions at local apartment community," Nov. 18, 2022, https://kfor.com/news/tenants-upset-over-water-disruptions-a-local-apartment-community/ (accessed June 11, 2026).

"Tenant Problems Pile Up At Tulsa-Based Vesta Realty," Mar. 6, 2026, https://oklahomawatch.org/2026/03/06/tenant-problems-pile-up-at-tulsa-based-vesta-realty/ (accessed June 11, 2026).

"Owner-operator of The Classen in OKC sued by residents for alleged gross negligence, invasion of privacy," Apr. 20, 2022, https://kfor.com/news/local/owner-operator-of-the-classen-in-okc-sued-by-residents-for-alleged-gross-negligence-invasion-of-privacy/ (accessed June 11, 2026).

"Judge Decides to Remove Vesta Realty as the Property Management Company for SW OKC Apartment Complex," May 25, 2026, https://kfor.com/news/in-your-corner/judge-decides-to-remove-vesta-realty-as-the-property-management-company-for-sw-okc-apartment-complex/ (accessed June 11, 2026).

"More allegations from tenants and an employee emerge against Vesta Realty," Feb. 4, 2026, https://kfor.com/news/local/more-allegations-from-tenants-and-an-employee-emerge-against-vesta-realty/ (accessed June 11, 2026).

"Progress on apartment trash clean-up, but residents still frustrated," Jan. 9, 2026, https://www.kjrh.com/news/local-news/progress-on-apartment-trash-clean-up-but-residents-still-frustrated (accessed June 11, 2026).

"OKC tenants seek relief from property neglect after seeing another city step in," Feb. 27, 2026, https://kfor.com/news/local/okc-tenants-seek-relief-from-property-neglect-after-seeing-another-city-step-in/ (accessed June 11, 2026).

"FOX23 Investigates:  Senior residents share concerns over future of housing," Dec. 21, 2025, https://www.fox23.com/news/fox23-investigates-senior-residents-share-concerns-over-future-of-housing/article_d3a80756-6092-48e8-9194-3a3cb1e13ab5.html (accessed June 11, 2026).

"Mounting trash, mounting legal problems:  8 new lawsuits against Tulsa-based Vesta Realty," Jan. 22, 2026, https://www.kjrh.com/news/local-news/mounting-trash-mounting-legal-problems-8-new-lawsuits-against-tulsa-based-vesta-realty (accessed June 11, 2026).