# Exhibit J

 Gmail

Alex Upperman <upperman33@gmail.com>

## Thrive Argenta Sales Proceeds Update 5/6/26

19 messages

**Investor Relations** <ir@vestarealproperty.com>         Wed, May 6, 2026 at 12:14 PM
Reply-To: ir@vestarealproperty.com
To: upperman33@gmail.com, olivertrojahn@gmail.com



Dear Valued Investor,

We are writing to provide a brief update regarding the Thrive Argenta sale proceeds.

At this time, the distributions remain largely on target, and we currently expect to send the distributions out on Friday, May 8th, though this may carry over to Monday, May 11th.

The payout will be made via wire transfer to the bank account we have on file for each investor. Please expect to see the funds in your account no later than Wednesday or Thursday of next week.

We appreciate your continued patience and will provide any further updates if the timing changes.

Marc

Log in to Vesta Capital

© 2026 Vesta Capital. All rights reserved.

Powered by UC Update Capital

---

**Alex Upperman** <upperman33@gmail.com>                                    Thu, May 14, 2026 at 11:06 AM
To: ir@vestarealproperty.com
Cc: olivertrojahn@gmail.com, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

I assume we can expect these funds today?
[Quoted text hidden]

---

**Marc Kulick** <marc@vestarealproperty.com>                                Thu, May 14, 2026 at 11:07 AM
To: Alex Upperman <upperman33@gmail.com>
Cc: ir@vestarealproperty.com, olivertrojahn@gmail.com, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

Yes, we are getting the wires out. I had asked Ben to reach out to Marc to confirm wire instructions but please confirm if there any changes to TU's wire instructions or not
[Quoted text hidden]

--

# Marc Kulick, *CEO*



6911 S 66th E Ave., Ste. 100
Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com

---

**Alex Upperman** <upperman33@gmail.com>                                    Thu, May 14, 2026 at 11:16 AM
To: Marc Kulick <marc@vestarealproperty.com>
Cc: ir@vestarealproperty.com, olivertrojahn@gmail.com, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

No changes
[Quoted text hidden]

---

**Alex Upperman** <upperman33@gmail.com>                                    Fri, May 15, 2026 at 9:46 AM
To: Marc Kulick <marc@vestarealproperty.com>, ir@vestarealproperty.com
Cc: olivertrojahn@gmail.com, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

Can you clarify the math behind the sales proceeds? Your prior email stated that the final returns were 63.2%, but we only received 45.9%.

Initial investment: $182,824
Prior Distributions: $39,452
Sale Proceeds: $44,587.09
Total equity returned: 45.9%

We show that we should have received an additional $31,560.

Alex
[Quoted text hidden]

 **Thrive Argenta Proceeds copy.xlsx**
8K

---

**Marc Kulick** <marc@vestarealproperty.com>                                    Fri, May 15, 2026 at 9:51 AM
To: Alex Upperman <upperman33@gmail.com>, Ethan Autry <eautry@vestarealproperty.com>
Cc: Investor Relations <ir@vestarealproperty.com>, Oliver Trojahn <olivertrojahn@gmail.com>, "Greenberg, Marc R."
<marc.greenberg@tuckerellis.com>

@Ethan Autry can you please provide the breakdown. I know there was an error in the original email we sent but this
seems like a more dramatic amount than I would have expected.

Additionally since Alex and I are where we are it may be worthwhile just sharing the settlement statement and taking Alex
step by step through the distribution (in writing).

### Marc Kulick, *CEO*



6911 S 66th E Ave., Ste. 100
Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com
[Quoted text hidden]

---

**Marc Kulick** <marc@vestarealproperty.com>                                    Fri, May 15, 2026 at 9:53 AM
To: Alex Upperman <upperman33@gmail.com>, Ethan Autry <eautry@vestarealproperty.com>, Kara Thomas
<kara@vestarealproperty.com>
Cc: Investor Relations <ir@vestarealproperty.com>, Oliver Trojahn <olivertrojahn@gmail.com>, "Greenberg, Marc R."
<marc.greenberg@tuckerellis.com>

Oh, this may be mainly because of the out of state taxes.

@Kara Thomas you may need to share the proof of the entire out of state taxes thing with Alex on this thread because I
think thats where the issue/discrepancy is

### Marc Kulick, *CEO*



6911 S 66th E Ave., Ste. 100
Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com
[Quoted text hidden]

---

**Kara Thomas** <kara@vestarealproperty.com>                                    Fri, May 15, 2026 at 10:39 AM
To: Marc Kulick <marc@vestarealproperty.com>
Cc: Alex Upperman <upperman33@gmail.com>, Ethan Autry <eautry@vestarealproperty.com>, Investor Relations
<ir@vestarealproperty.com>, Oliver Trojahn <olivertrojahn@gmail.com>, "Greenberg, Marc R."
<marc.greenberg@tuckerellis.com>

> Alex,

> Please see the attached email from January 19th, which includes the breakdown of the proceeds.

> Regarding the discrepancy, the tax firm calculated the nonresident tax withholding amount for TU Properties
> as $9,926. The total amount distributed to TU Properties, minus these taxes, results in the $44,587.09 you
> received.

--



## Marc Kulick, *CEO*

6911 S 66th E Ave., Ste. 100
Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com

--

**Kara Thomas**
*Controller*

Direct Contact
*913-579-6997*

Corporate Contact
1422 E 71st St, Suite J, Tulsa, OK 74136
www.vestarealproperty.com
(918) 271-5111

Displaying Vesta Capital Logo.png

---

 **Vesta Capital Mail - TU Properties Wire Info.pdf**
78K

---

| **Alex Upperman** <upperman33@gmail.com> | Fri, May 15, 2026 at 11:42 AM |
|---|---|

To: Kara Thomas <kara@vestarealproperty.com>
Cc: Marc Kulick <marc@vestarealproperty.com>, Ethan Autry <eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, Oliver Trojahn <olivertrojahn@gmail.com>, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

Hi Kara,

The gross proceeds for Argenta Best Living increased from the amount shown in your January email compared to the spreadsheet Marc provided on 4/7. If Argenta BL's proceeds increased, is there a reason that TU Properties' gross proceeds didn't increase? I would expect both entities to have the same gross % return. Argenta BL also had much lower withholding tax. Can you clarify why TU Properties tax withholding is double the amount for Argenta BL (18% vs. 9%)?

Can you also provide a breakdown and recipients of the $1m that was paid out as Accounts Payable - Other?

[Quoted text hidden]

---

**2 attachments**

 **Gmail - Thrive Argenta Sale Proceeds Update.pdf**
160K

**Thrive Argenta Proceeds copy.xlsx**
8K

---

| **Marc Kulick** <marc@vestarealproperty.com> | Fri, May 15, 2026 at 11:48 AM |
|---|---|

To: Alex Upperman <upperman33@gmail.com>
Cc: Kara Thomas <kara@vestarealproperty.com>, Ethan Autry <eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, Oliver Trojahn <olivertrojahn@gmail.com>, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

Alex

A few things

1) Ethan did make a mistake in that email to investors. Karas breakdown from the closing statement is entirely correct

2) We were notified that there is an average from the senior lender that will be coming back to us but we havent received at present that will provide more cash.

3) @Kara Thomas will provide the requested reconciliation on Monday. She is out for the day

Marc

## Marc Kulick, *CEO*



6911 S 66th E Ave., Ste. 100
Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com

[Quoted text hidden]

---

**Oliver Trojahn** <olivertrojahn@gmail.com>                Fri, May 15, 2026 at 1:51 PM
To: Marc Kulick <marc@vestarealproperty.com>, Alex Upperman <upperman33@gmail.com>
Cc: Kara Thomas <kara@vestarealproperty.com>, Ethan Autry <eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

Marc,

There does seems to be a discrepancy on the payout.  No question.

Can we see in the reconciliation all investor payouts, the taxes they paid and the % of proceeds allocated to them?

What is the average from the Senior Lender?

Oliver
727-220-8843

**From:** Marc Kulick <marc@vestarealproperty.com>
**Sent:** Friday, May 15, 2026 12:48 PM
**To:** Alex Upperman <upperman33@gmail.com>
**Cc:** Kara Thomas <kara@vestarealproperty.com>; Ethan Autry <eautry@vestarealproperty.com>; Investor Relations <ir@vestarealproperty.com>; Oliver Trojahn <olivertrojahn@gmail.com>; Greenberg, Marc R. <marc.greenberg@tuckerellis.com>
**Subject:** Re: Thrive Argenta Sales Proceeds Update 5/6/26

[Quoted text hidden]

---

**Marc Kulick** <marc@vestarealproperty.com>                Fri, May 15, 2026 at 2:00 PM
To: Oliver Trojahn <olivertrojahn@gmail.com>
Cc: Alex Upperman <upperman33@gmail.com>, Kara Thomas <kara@vestarealproperty.com>, Ethan Autry <eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

Oliver

Again, while Ethans email did have an error this is exactly the proceeds you are owed from the deal as Kara outlined on Jan 19th.

The truth is no matter what we show you it wont change how Alex sees me/us and that possibly goes for you as well. On the other hand, no matter what it actually changes or not I have no issue being open. As I said, Kara is out today. I understand why you are requesting to see the returns in totality and on face value have no issue with the request. Since nothing is getting done until Monday anyway, ill spend the weekend presenting what you are asking for in a manner I am comfortable with and am confident we end at least this deal with yall understanding your return.

One quesrion is I dont understand the question "what is the average of the senior lender" please explain what you are asking.

Marc

**Marc Kulick**, *CEO*



6911 S 66th E Ave., Ste. 100
Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com

[Quoted text hidden]

---

**Oliver Trojahn** <olivertrojahn@gmail.com>                Fri, May 15, 2026 at 2:29 PM
To: Marc Kulick <marc@vestarealproperty.com>
Cc: Alex Upperman <upperman33@gmail.com>, Kara Thomas <kara@vestarealproperty.com>, Ethan Autry <eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

Marc,

You said there was a cash balance being released from the Senior Lender.  How much will that be?

Oliver
727-220-8843

**From:** Marc Kulick <marc@vestarealproperty.com>
**Sent:** Friday, May 15, 2026 3:00 PM
**To:** Oliver Trojahn <olivertrojahn@gmail.com>
**Cc:** Alex Upperman <upperman33@gmail.com>; Kara Thomas <kara@vestarealproperty.com>; Ethan Autry <eautry@vestarealproperty.com>; Investor Relations <ir@vestarealproperty.com>; Greenberg, Marc R. <marc.greenberg@tuckerellis.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Marc Kulick** <marc@vestarealproperty.com>                Fri, May 15, 2026 at 2:30 PM
To: Oliver Trojahn <olivertrojahn@gmail.com>
Cc: Alex Upperman <upperman33@gmail.com>, Kara Thomas <kara@vestarealproperty.com>, Ethan Autry <eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, "Greenberg, Marc R." <marc.greenberg@tuckerellis.com>

Yes sorry, I didnt understand the question. 21k

**Marc Kulick**, *CEO*



6911 S 66th E Ave., Ste. 100

Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com

[Quoted text hidden]

---

**Alex Upperman** <upperman33@gmail.com>                                        Fri, May 15, 2026 at 3:24 PM
To: Marc Kulick <marc@vestarealproperty.com>
Cc: Oliver Trojahn <olivertrojahn@gmail.com>, Kara Thomas <kara@vestarealproperty.com>, Ethan Autry
<eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, "Greenberg, Marc R."
<marc.greenberg@tuckerellis.com>
Bcc: "Fawkes, Thomas R." <thomas.fawkes@tuckerellis.com>

*The truth is no matter what we show you it wont change how Alex sees me/us and that possibly goes for you as well.*

As someone with money in this deal for the last 8 years, it's reasonable for me to ask for clarification given that the return metrics communicated from your side have continued to fluctuate even though the deal has been closed for 4.5 months.

I also recall that after the deal went under contract, you verbally indicated we would be receiving a positive return. So naturally, I'm going to have questions when the projected return moves from positive, to -52%, then to -37%, and now back to -52%. Based on what's been communicated, it's unclear if common equity investors received different returns and there is a very large "AP-Other" balance that reduced returns by $1m and we don't know the recipients of this large payable (≈50% of the total original equity).

[Quoted text hidden]

---

**Marc Kulick** <marc@vestarealproperty.com>                                     Fri, May 15, 2026 at 3:32 PM
To: Alex Upperman <upperman33@gmail.com>
Cc: Oliver Trojahn <olivertrojahn@gmail.com>, Kara Thomas <kara@vestarealproperty.com>, Ethan Autry
<eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, "Greenberg, Marc R."
<marc.greenberg@tuckerellis.com>

Alex

I 100% agree with you that you are entitled to ask questions. As I said in the above email we will provide you with the information and I believe you will be comfortable with the accounting side.

As far as telling the second part of your email, im unfamiliar with any time I told you this was a positive result. As you may remember this was a sale forced on us by the lender. The TIC partners had no interest in fighting and we took the best offer available to us. Clearly you knew the returns were negative in January when Kara sent you the below. I can look through our prior communications to see what was discussed prior to sale.

Im always happy to communicate with you and work with you. When Kara is back on Monday we will send all the requested information.

Marc

## Marc Kulick, *CEO*



6911 S 66th E Ave., Ste. 100
Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com

[Quoted text hidden]

---

**Kara Thomas** <kara@vestarealproperty.com>                                     Wed, May 20, 2026 at 8:20 AM
To: Marc Kulick <marc@vestarealproperty.com>
Cc: Alex Upperman <upperman33@gmail.com>, Oliver Trojahn <olivertrojahn@gmail.com>, Ethan Autry
<eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, "Greenberg, Marc R."
<marc.greenberg@tuckerellis.com>

Please find the attached spreadsheet used to calculate the proceeds.

The AP-Other balance was recorded as of the closing date. We included an additional $100,000 in the calculation to account for tax returns, potential late invoices and vendor discrepancies, consistent with previous years' property sales.

I have also attached the G/L detail for the AP-Other account for your review.

[Quoted text hidden]

---

**2 attachments**

 **Argenta Breakdown.xlsx**
13K

 **AP-Other.xlsx**
37K

---

**Alex Upperman** <upperman33@gmail.com>                          Wed, May 20, 2026 at 1:58 PM
To: Kara Thomas <kara@vestarealproperty.com>
Cc: Marc Kulick <marc@vestarealproperty.com>, Oliver Trojahn <olivertrojahn@gmail.com>, Ethan Autry
<eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, "Greenberg, Marc R."
<marc.greenberg@tuckerellis.com>

Thanks Kara. Can you please provide more color on the "mortgage payoff loan" entries posted on 11/14/25 that increased AP-Other by approximately $642k?

Specifically, what was the reason R2, Gerry Nudo, and Vesta needed to advance funds prior to closing, and where were those funds sent: to the property, Vesta, escrow, or the lender?

Please also provide the following:

- GL for AP-Other since inception since this one starts on 1/1/25 with a high balance.
- Settlement statement from title and payoff statement from lender
- Bank statements for October 2025 - January 2026
- Financials for year-end 2024 and October, November, December 2025
- Support for the 11/14/25 "mortgage payoff loan" entries, including any wire confirmations, source accounts, recipient accounts, and explanation of how those funds were used.

[Quoted text hidden]

---

**Marc Kulick** <marc@vestarealproperty.com>                          Wed, May 20, 2026 at 2:05 PM
To: Alex Upperman <upperman33@gmail.com>
Cc: Kara Thomas <kara@vestarealproperty.com>, Oliver Trojahn <olivertrojahn@gmail.com>, Ethan Autry
<eautry@vestarealproperty.com>, Investor Relations <ir@vestarealproperty.com>, "Greenberg, Marc R."
<marc.greenberg@tuckerellis.com>

Alex

The mortgage payoff loan entries were the required payments to lender under the forbearance agreement which you signed. I have attached the screenshot from your confirmation of signing the document as well as the signed signature page.

We will review your requests and get back to you.

Marc

# Marc Kulick, *CEO*



6911 S 66th E Ave., Ste. 100
Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com

[Quoted text hidden]

---

## 2 attachments



**Screenshot_20260519_063310_Gmail.jpg**
273K

**Thrive Argenta - Forbearance Agreement - SIG PGS (1).pdf**
108K