# Exhibit L

**Matthew D. Mason, Esq., CCIM**
*Executive Director, Head of Real Estate Fiduciary Services*

Hilco Global
5 Revere Drive, Suite 410
Northbrook, IL 60062
Phone: (734) 904-4175
MMason@HilcoGlobal.com
www.linkedin.com/in/matthew-mason-esq-ccim-2558594

**Executive Director, Head of Real Estate Fiduciary Services**
*Hilco Global*                                                          *2024 – Present*
- Practice leader of Hilco Global's Real Estate's Fiduciary Services group.
- 250+ receivership appointments for retail, office, multifamily, industrial, hotel, and mixed-use projects.
- Active receivership appointments for a 125+ asset, $3.6 Billion portfolio of commercial real estate assets throughout the U.S.
- Extensive experience managing a portfolio of 430+ properties totaling 60 million square feet and valued at $6.0 billion across the US
- Accomplished in the management, workout, and disposition of retail, office, residential, industrial, hospitality, education, and mixed-use assets throughout the United States on behalf of commercial mortgage servicers, lenders, institutional funds and private investors.
- Significant expertise operating complex real estate assets, including office buildings, apartments, senior living communities, student housing, multi-state portfolios, and retail centers.

**Managing Director**
*Riveron*                                                          *2017 – 2024*
- Experienced expert witness in litigation matters.
- Accomplished advisor to healthy and distressed operators, including those in bankruptcy.
- Advise businesses, lenders and investors on real estate portfolio and value maximization strategies via lease restructuring, portfolio optimization, sales and acquisitions, and due diligence.
- Significant expertise operating large retail assets, including enclosed regional malls, multi-state portfolios, and open-air lifestyle centers.
- Establishment and oversight of a national brokerage and property management network providing leasing, management, and acquisition/disposition services.

**Senior Vice President of Commercial Real Estate and Special Advisor to the C.E.O.**
*McKinley, Inc.*                                                          *2005-2017*
- Management of a 31.5 Million square foot, $1.2 Billion portfolio of retail, office, multifamily, industrial, and mixed-use properties throughout the United States.
- 200+ receivership appointments of diverse real estate assets in state and federal courts throughout the country.
- Completed workout and management assignments in excess of 23 Million square feet with a value in excess of $1,000,000,000.

- Manage a 150+ member team of asset management, property management, and leasing specialists in the day-to-day operation of commercial real estate properties.
- Completed leases for 14,000,0000 square feet with a value of $1 Billion.
- Authored the value creation strategies for complex assignments including repositioning, updating tenant mixes, securing governmental approvals and incentives, and maximizing sales proceeds.
- Lead for all commercial acquisitions and dispositions.

**Real Estate Counsel**

*Kmart Corporation/Sears Holding Corporation*                                    *2003 – 2005*
- Oversight of real estate operations for 3,000+ store portfolio.
- Performed financial analysis and, if warranted, the marketing and sale/lease of domestic and international surplus property in a manner that achieves highest return on investment.
- Responsible for the site selection and lease negotiations for international and domestic retail and office space.
- Lead the disposition process for the 1.1MM sq. ft., 40-acre headquarters building including marketing, due diligence and entitlement, incentives, and negotiations.
- Drafted and negotiated lease and sales agreements from both the landlord/tenant and buyer/seller perspectives.

EDUCATION

*Michigan State Bar, Member*
       Real Property Law Section, Member
       Business Law Section, Member
       Commercial Leasing and Management, Committee Member
       Commercial Real Estate Finance, Committee Member

*Thomas M. Cooley Law School*
       J.D.    Concentration:  International/Business Law
            Completed Two-year Accelerated Degree Program

*University of Michigan - Dearborn*
       B.A., Political Science
       Minor, History

*Certified Commercial Investment Member (CCIM)* – Designee

*Center for Creative Leadership (CCS)* – Graduate

*International Council of Shopping Centers (ICSC)* – Member

*New York State, Part 36 Fiduciary Receiver*

*Notable Speaking Engagements and Media Appearances* – NFL Player Engagement, Turnaround Management Association Keynote Presentation Moderator, University of Michigan - Ross School of Business, Bloomberg, Crain's Business, Fox Business, USA Today