# Exhibit M

EFiled:  Nov 23 2025 12:45AM EST
Transaction ID 77847632
Case No. 2025-1319-MTZ

# EXHIBIT 6

Marc Vesta Realty (+19132779535)

Because Fannie Mae has mortgage

3/29/25 9:25:53 PM EDT

Marc Vesta Realty (+19132779535)

Now, we could allow you file a mortgage if I default

3/29/25 9:26:39 PM EDT

Figured as much , understood but would Fannie allow it then ?

3/29/25 9:26:53 PM EDT

What do the docs say about that?

3/29/25 9:27:21 PM EDT

Marc Vesta Realty (+19132779535)

Its a huge violation but that doesn't invalidate it

3/29/25 9:27:45 PM EDT

Right so at that point you're already in default anyway so fuck it essentially

3/29/25 9:28:26 PM EDT

Marc Vesta Realty (+19132779535)

From my perspective yes

3/29/25 9:28:42 PM EDT

Marc Vesta Realty (+19132779535)

From yours you know allowing a default would be career ending for me

3/29/25 9:29:19 PM EDT

Yeah, I think I can appreciate the gravity. Just good to know the nuances let's say right