**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

JOHN ALEX UPPERMAN, individually;  )
ILLINI HOLDINGS, LLC; THRIVE REAL  )
ESTATE, LLC; WILDWOOD ASSETS, LLC; )
TU PROPERTIES, LLC; OAK STREET  )
CAPITAL, LLC; and 12 OAK LENDING, LLC, )
             )
   Plaintiffs,      )
             )
v.             )  Case No. 26-CV-383-GKF-SH
             )
MARC KULICK, individually; VESTA  )
REALTY, LLC; VESTA HOLDINGS, LLC; )
LOUIS INVESTMENTS, LLC; and ASSET )
HOLDER, LLC,       )
             )
   Defendants.     )

**<u>ORDER</u>**

   This matter comes before the court on the *Ex Parte* Motion for Order Setting Expedited Hearing on Motion for Appointment of a Federal Equity Receiver [Doc. 7] and the Supplement to *Ex Parte* Motion for Order Setting Expedited Hearing on Motion for Appointment of a Federal Equity Receiver [Doc. 18] of plaintiffs John Alex Upperman; Illini Holdings, LLC; Thrive Real Estate, LLC; Wildwood Assets, LLC; TU Properties, LLC; Oak Street Capital, LLC; and 12 Oak Lending, LLC. For the reasons set forth therein, the motion is granted.

   IT IS SO ORDERED that plaintiffs' Motion for Appointment of a Federal Equity Receiver [Doc. 6] is set for hearing on **Tuesday, July 14, 2026 at 1:30 p.m.**

   IT IS FURTHER ORDERED that defendants shall file a response to the Motion for Appointment of Federal Equity Receiver [Doc. 6] within five (5) business days of service of the motion. Plaintiffs may file a reply within two (2) business days thereafter.

- 2 -

IT IS FURTHER ORDERED that plaintiffs shall serve a copy of this Order upon defendants simultaneously with the Motion for Appointment of Federal Equity Receiver [Doc. 6] and the *Ex Parte* Moton for Expedited Hearing [Doc. 7].

DATED this 26th day of June, 2026.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE