**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

JOHN ALEX UPPERMAN, individually;     )
ILLINI HOLDINGS, LLC; THRIVE REAL     )
ESTATE, LLC; WILDWOOD ASSETS, LLC;    )
TU PROPERTIES, LLC; OAK STREET        )
CAPITAL, LLC; and 12 OAK LENDING, LLC, )
                                       )
      Plaintiffs,                     )
                                       )
v.                                     )    Case No. 26-CV-383-GKF-SH
                                       )
MARC KULICK, individually; VESTA      )
REALTY, LLC; VESTA HOLDINGS, LLC;     )
LOUIS INVESTMENTS, LLC; and ASSET     )
HOLDER, LLC,                           )
                                       )
      Defendants.                     )

## <u>ORDER</u>

Generally, notice of a motion for appointment of receiver must be provided to defendants and all persons or entities having an interest in the relevant property. *See generally* 13 MOORE'S FEDERAL PRACTICE CIVIL § 66.04; 6B FED. PROC. FORMS § 19:95.

On June 26, 2026, the court set plaintiffs' Motion for Appointment of a Federal Equity Receiver [Doc. 6] for hearing on Tuesday, July 14, 2026 at 1:30 p.m., and directed that defendants file a response to the motion within five business days of service of the motion and court's Order.

WHEREFORE, IT IS ORDERED that, to confirm service upon the defendants, within twenty-four hours of service, plaintiffs John Alex Upperman; Illini Holdings, LLC; Thrive Real Estate, LLC; Wildwood Assets, LLC; TU Properties, LLC; Oak Street Capital, LLC; and 12 Oak Lending, LLC shall file a Notice with the court advising that plaintiffs have properly served defendants with the Motion for Appointment of a Federal Equity Receiver [Doc. 6] and the court's June 26, 2026 Order [Doc. 19].

DATED this 29th day of June, 2026.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE