**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. JOHN ALEX UPPERMAN, individually;) | | |
| 2. ILLINI HOLDINGS, LLC | ) | |
| 3. THRIVE REAL ESTATE, LLC | ) | |
| 4. WILDWOOD ASSETS, LLC | ) | |
| 5. TU PROPERTIES, LLC | ) | |
| 6. OAK STREET CAPITAL, LLC | ) | |
| 7. 12 OAK LENDING, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 26-cv-383-SH |
| | ) | |
| v. | ) | |
| | ) | |
| 1. MARC KULICK, individually | ) | |
| 2. VESTA REALTY, LLC | ) | |
| 3. VESTA HOLDINGS,LLC | ) | |
| 4. LOUIS INVESTMENTS, LLC | ) | |
| 5. ASSET HOLDER, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO YSA INVESTMENTS 1, LLC'S AMENDED EMERGENCY MOTION TO INTERVENE**

Defendants Vesta Realty, LLC; Vesta Holdings, LLC; Louis Investments, LLC; and Asset Holder, LLC ("Defendants")[1], by and through undersigned counsel of record, respectfully requests that the Court extend their deadline to respond to YSA Investments 1, LLC's ("YSA") Amended Emergency Motion to Intervene [Dkt. 24] ("YSA's Motion to Intervene"). The Motion is made *without any objection* by YSA. In support, Defendants state as follows:

1.      On June 25, 2026, Plaintiffs filed their Complaint [Dkt. 2].

---

[1] Defendant Marc Kulick has not yet been served.

2.      That same day, Plaintiffs filed their Ex Parte Motion for Order Setting Expedited Hearing on Motion for Appointment of a Federal Equity Receiver [Dkt. 7] ("Ex Parte Motion"), and Plaintiffs filed their Supplement to the Ex Parte Motion on June 26, 2026 [Dkt. 18].

3.      On June 26, 2026, the Court granted their request and set the expedited hearing for July 14, 2026 [Dkt. 19].

4.      On June 27, 2026, YSA filed its Emergency Motion to Intervene [Dkt. 20].

5.      On June 30, 2026, YSA filed its Amended Emergency Motion to Intervene [Dkt. 24].

6.      On July 2, 2026, the Court entered an Order regarding its review of YSA Investments 1, LLC's Amended Emergency Motion to Intervene and set the following deadlines [Dkt. 26]:

**Responses to Be Filed:**      July 8, 2026

**Reply to Be Filed:**      July 10, 2026

The Court further ordered that YSA Investments 1, LLC serve Defendants with a copy of the Order and the Amended Motion to Intervene [Dkt. 24].

7.      On Friday, July 3, 2026, the Court was closed due to the Independence Day holiday.

8.      On July 3, 2026, YSA Investments 1, LLC filed its Notice of Compliance with Service [Dkt. 27] advising the Court that it mailed, by overnight mail, the Amended Emergency Motion to Intervene [Dkt. 24] and the Court's Order [Dkt. 26] to Defendants with an expected delivery date, due to the holiday weekend, of July 6, 2026.

9.      Due to the Independence Day holiday occurring in the middle of the expedited timeline described herein above, Defendants respectfully request that the Court set the deadline

2

for Defendants to respond to YSA Investments 1, LLC's Amended Emergency Motion to Intervene [Dkt. 24] by **Friday, July 10, 2026**.

10.    Andrew A. Shank, counsel for Defendants, spoke with Andrew J. Hofland, counsel for YSA, concerning this request and YSA *does not* object to the relief requested by Defendants herein.

Dated:  July 8, 2026

s/ Andrew A. Shank

Andrew A. Shank, OBA #22298
Lacy B. Williamson, OBA #34004
Eller & Detrich, PC
2727 East 21st Street, Suite 200
Tulsa OK 74114
918 747 8900 (Telephone)
918 747 2665 (Facsimile)
ashank@ellerdetrich.com
lwilliamson@ellerdetrich.com

### Certificate of Service

I hereby certify that on July 8, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/Andrew A. Shank

Andrew A. Shank

3