## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

JOHN ALEX UPPERMAN, individually;     )
ILLINI HOLDINGS, LLC;  THRIVE         )
REAL ESTATE, LLC; WILDWOOD            )
ASSETS, LLC; TU PROPERTIES, LLC;      )
OAK STREET; CAPITAL, LLC; and         )
12 OAK LENDING, LLC,                  )
                                      )
        Plaintiffs,                 )    Case No. 26-cv-383-GKF-SH
                                      )
v.                                    )
                                      )
MARC KULICK, individually; VESTA      )
REALTY, LLC; VESTA HOLDINGS,          )
LLC; LOUIS INVESTMENTS, LLC;          )
and ASSET HOLDER, LLC,                )
                                      )
        Defendants.                 )

## DEFENDANTS' RESPONSE TO YSA INVESTMENTS 1, LLC'S AMENDED EMERGENCY MOTION TO INTERVENE

Defendants Vesta Realty, LLC; Vesta Holdings, LLC; and Asset Holder, LLC ("Defendants")[1] hereby respond to YSA Investments 1, LLC's ("YSA") Amended Emergency Motion to Intervene (the "Motion") [Dkt. 24]. Defendants do not oppose YSA's request to intervene by permission, but Defendants do so without adopting or acquiescing to any of YSA's claims or positions in the Motion, or otherwise, and reserve all rights, defenses, and claims related thereto.

Without limiting the foregoing, Defendants object to YSA's characterization of its "interests" in Defendants and the Property Entities and YSA's proposed alternatives to the

---

[1] Defendant Louis Investments, LLC filed its Suggestion of Bankruptcy [Dkt. 39] herein earlier today and Defendant Marc Kulick has not yet been served.

appointment of a federal equity receiver.[2]  YSA cites no authority – because there is none –

supporting its claimed ability to "remov[e] or neutraliz[e] the present controlling actor and stabilize

the affected assets." [*See* Dkt. 24 at 8-9].  In sum, Defendants do not oppose YSA's request to

intervene by permission, but Defendants do so without adopting or acquiescing to any of YSA's

claims or positions in the Motion, or otherwise, and reserve all rights, defenses, and claims related.

Dated:  July 10, 2026

Respectfully submitted,

**ELLER & DETRICH**
**A Professional Corporation**

By: s/Andrew A. Shank
    Andrew A. Shank, OBA #22298
    Lacy B. Williamson, OBA #34004
    ELLER & DETRICH, P.C.
    2727 East 21st Street, Suite 200
    Tulsa, Oklahoma 74114
    (918) 747-8900 – telephone
    (918) 747-2665 – facsimile
    ashank@ellerdetrich.com
    lwilliamson@ellerdetrich.com

    ATTORNEY FOR DEFENDANTS
    VESTA REALTY, LLC; VESTA HOLDINGS, LLC;
    ASSET HOLDER, LLC

---

[2] Defendants also object to Plaintiffs' Motion for Appointment of a Federal Equity Receiver [Dkt. 6]. Defendants' Response to Plaintiffs' Motion is being filed separately but is expressly incorporated herein by reference.

2

## Certificate of Service

I hereby certify that on July 10, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stephen Q. Peters                          Andrew J. Hofland
Jason A. McVicker                          Justin A. Lollman
Thomas M. Askew                           Fanella J. Flanagan
Sharon K. Parker

I also certify that on July 10, 2026, I served the same document by email to the following, who are not registered participants of the ECF system:

Marc R. Greenberg – marc.greenberg@tuckerellis.com
Thomas R. Fawkes – thomas.fawkes@tuckerellis.com

                              s/Andrew A. Shank
                              Andrew A. Shank

3