UNITED STATES DISTRICT CORT
NORTHERN DISTRICT OF OKLAHOMA

1) John Alex Upperman, Individually;
2) Illini Holdings, LLC;
3) Thrive Real Estate, LLC;
4) Wildwood Assets, LLC;
5) Tu Properties, LLC;
6) Oak Street Capital, LLC; And
7) 12 Oak Lending, LLC                          Case No. 26-cv-00383-GKF-SH

     Plaintiffs,

v.

8) Marc Kulick, individually;
9) Vesta Realty, LLC;
10) Vesta Holdings, LLC;
11) Louis Investments, LLC; and
12) Asset Holder, LLC,

     Defendants.

_____/

## SILVER HILL CAPITAL, LLC'S NOTICE OF JOINDER IN FEDERAL NATIONAL MORTGAGE ASSOCIATION NOTICE OF BANKRUPTCY OF DEFENDANT YSA INVESTMENTS 1, LLC

Intervenor, Silver Hill Capital, LLC ("Silver Hill"), by and through the undersigned counsel, files this Notice of Joinder in the Notice of Bankruptcy of Defendant YSA Investments 1, LLC, filed by Intervenor Federal National Mortgage Association ("Fannie Mae") (Doc. No. 90). Silver Hill joins in and adopts Fannie Mae's position regarding the impact of the automatic stay triggered by Intervenor YSA Investments 1, LLC's bankruptcy filing, as to the relief being sought by Plaintiffs' Motion to Appoint a Federal Receiver (Doc. No. 6). As such, and to avoid any violation of the automatic stay, Silver Hill will not file a response to the Motion to Appoint a Federal Receiver at this time.

     Respectfully submitted,

     */s/ Marc D. Cabrera*
     _____

**NOTICE OF JOINDER**                                                          **PAGE 1**

Marc D. Cabrera
OBA #33705
mcabrera@hinshawlaw.com
Hinshaw & Culbertson LLP
500 N. Akard Street, Suite 2200
Dallas, TX 75201
T: (945) 229-6386
F: (312) 704-3001

**ATTORNEYS FOR SILVER HILL CAPITAL, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2026, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court for the Northern District of Oklahoma using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are registered users in this case.

I FURTHER CERTIFY that on August 6, 2026, I served a true and correct copy of the foregoing document on the following parties, who have not yet entered an appearance or are not registered CM/ECF users, by first-class mail:

Marc Kulick
6500 W. 110th Street
Suite 201
Overland Park, KS 66211
**Defendant**

*/s/ Marc D. Cabrera*
Marc D. Cabrera